IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 11 |
| ROTONDO WEIRICH ENTERPRISES, INC. | Bky. No. 15-16146(ELF) |
| ROTONDO WEIRICH, INC. | JOINTLY ADMINISTERED |
| Debtors | |
| ROTONDO WEIRICH ENTERPRISES, INC. | |
| Plaintiff | |
| v. | ADVERSARY NO. 17-233(ELF) |
| TOM DAVIS | |
| Defendant | |

## ORDER

**AND NOW**, this ____ day of _____, 2017, upon consideration of the Motion (the "Motion") of Plaintiff, Rotondo Weirich Enterprisess, Inc. (the "Plaintiff"), for Default Judgment Against Defendant, Tom Davis (the "Defendant"), and good cause having been shown; it is hereby **ORDERED** as follows:

1. The Motion is **GRANTED**.

2. The Transfers in the amount of $47,905.00 from the Plaintiff to the Defendant are preferential transfers pursuant to 11 U.S.C. § 547 and are recoverable pursuant to 11 U.S.C. § 550.

3. Judgment shall be entered in favor of the Plaintiff against the Defendant in the amount of $47,905.00.

BY THE COURT:

_____
ERIC L. FRANK,
CHIEF U.S. BANKRUPTCY JUDGE