UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| ROTONDO WEIRICH ENTERPRISES, INC. | : | Bky. No. 15-16146 ELF |
| | : | |
| ROTONDO WEIRICH, INC. | : | |
| | : | |
| Debtors | : | JOINTLY ADMINISTERED |
| | : | |
| ROTONDO WEIRICH ENTERPRISES, INC., | : | |
| | : | Adv. No. 17-233 |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| TOM DAVIS, | : | |
| Defendant | : | |

# ORDER

**AND NOW**, upon consideration of the Defendant's letter to the court, which shall be treated as a Motion for Extension of Time to file a response to the Complaint ("the Motion"), it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Defendant is **GRANTED** an extension until **December 15, 2017** in which to file a response to the Complaint.

Date: November 15, 2017

_____
ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE

cc:  Tom Davis
     3874 Island Way
     St. Petersburg, FL 33731